IN THE MATTER OF: ALLEGHANY COUNTY DEPARTMENT OF SOCIAL SERVICES v. TAMI W. REBER AND CRAWFORD D. REBER

No. 469A85

(Filed 7 January 1986)

PETITIONER appeals as a matter of right, pursuant to N.C.G.S. § 7A-30(2), from a decision of a divided panel of the Court of Appeals, 75 N.C. App. 467, 331 S.E. 2d 256 (1985), reversing the order terminating respondent Tami W. Reber's parental rights to Tiffany Reber. Heard in the Supreme Court 18 December 1985.

*Lacy H. Thornburg, Attorney General, by Assistant Attorney General Jane Rankin Thompson, for petitioner-appellant.*

*Legal Services of the Blue Ridge, by Andrea B. Young and Bruce Kaplan, for respondent-appellee, Tami W. Reber.*

PER CURIAM.

The decision of the Court of Appeals is

Affirmed.